DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEBORA PARSONS,

Appellant,

v.

MATTHEW PARSONS,

Appellee.

No. 2D23-171

_____

December 1, 2023

Appeal from the Circuit Court for Pasco County; Brian Gnage, Judge.

Edward E. Emrick, IV of DeWitt Law Firm, Orlando, for Appellant.

Mark F. Baseman of Felix, Felix & Baseman, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

KHOUZAM, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.